IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANCES SMITH, Individually and on**     **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.     No. 1:17-cv-82-JLH

**PREFERRED FAMILY HEALTHCARE, INCORPORATED,**
**d/b/a (1) HEALTH RESOURCES OF ARKANSAS,**
**(2) DECISION POINT, (3) DAYSPRING BEHAVIORAL**
**HEALTH SERVICES and (4) WILBUR D. MILLS**
**TREATMENT CENTER**     **DEFENDANT**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have entered into a tentative settlement to resolve all claims asserted by Plaintiff and Opt-In Plaintiffs in this lawsuit. The parties are in the process of finalizing the settlement documents and expect to file a stipulation of dismissal within four (4) weeks from the filing of this Notice of Settlement.

Respectfully submitted,

**FRANCES SMITH, Individually and on Behalf of all Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark Bar No. 2015079
sean@sanfordlawfirm.com

Chris Burks
Ark Bar No. 2010207
chris@sanfordlawfirm.com

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

And

**PREFERRED FAMILY HEALTHCARE INCORPORATED, DEFENDANT**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
Facsimile: (501) 376-9442

By: /s/ Jane Kim
Jane A. Kim
Ark. Bar No. 2007160
jkim@wlj.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the attorney named below:

William Stuart Jackson, Esq.
Jane A. Kim, Esq.
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: 501-371-0808
Facsimile: 501-376-9442
wjackson@wlj.com
jkim@wlj.com

/s/ *Josh Sanford*
**Josh Sanford**